IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BETTY SCALLY, Independent Executor of the Estate of John Scally, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  03-cv-4208-JPG |
| VETERANS ADMINISTRATION and UNITED STATES OF AMERICA, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1 of this case is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Counts 2 and 3 is entered in favor of defendants Veterans Administration and the United States of America and against plaintiff Betty Scally, independent executor of the estate of John Scally, deceased, and that Counts 2 and 3 are dismissed with prejudice.

**DATED:  February 7, 2006**                                         **NORBERT JAWORSKI**

**s/ Judith Prock, Deputy Clerk**

**Approved:**      s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**